MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff GERARDO CARVAJAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GERARDO CARVAJAL, <br><br> Plaintiff, <br><br> vs. <br><br> GARDEN FRESH RESTAURANT CORP. D/B/A/ SOUPLANTATION AND SWEET TOMATOES, *et al.*, <br><br> Defendants. | Case No.: SACV14-00943 DOC (ANx) <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO EXTEND DEADLINE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION UNDER RULE 23;** <br><br> Hearing Date: October 27, 2014 8:30a.m. <br> Judge: Hon. David O. Carter <br> Depart: 9D <br><br> Date Filed: June 18, 2014 <br> Trial Date: NONE SET |

PLEASE TAKE NOTICE Plaintiff hereby withdraws his motion to extend deadline to file Plaintiff's motion for class certification under Rule 23 (Document #18), as this issue is moot pursuant to Judge Carter's Order (Document #19).

DATED: September 25, 2014        LAW OFFICES OF MICHAEL TRACY

                                 /s/ Michael Tracy
                         By:    _____
                                 MICHAEL TRACY, Attorney for Plaintiff
                                 GERARDO CARVAJAL

1
WITHDRAWAL OF MOTION TO EXTEND RULE 23 CLASS CERTIFICATION FILING DEADLINE